# EXHIBIT D

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN SLAUGHTER, | * | |
| *Plaintiff* | * | |
| v. | * | Civil Action No. 2023-CAB-004788 |
| THE CATHOLIC UNIVERSITY OF AMERICA, | * | |
| | * | |
| *Defendant* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S NOTIFICATION OF NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Defendant, The Catholic University of America ("Defendant"), by and through its counsel, Michael J. Marinello and Kagan Stern Marinello & Beard, LLC, pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446(d), hereby files this Notification of the filing of a Notice of Removal of this case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia on September 15, 2023. A copy of the Notice of Removal is attached as Exhibit A and incorporated herein.

Respectfully submitted,

Dated: September 15, 2023

/s/ Michael J. Marinello
Michael J. Marinello (DC Bar No. 1008933)
marinello@kaganstern.com
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
(410) 216-7900 (Phone)
(410) 705-0836 (Fax)

*Counsel for Defendant, The Catholic University of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of September, 2023, a copy of the foregoing was served via the Superior Court of the District of Columbia's filing system on:

>Alan Lescht
>Nekeisha Campbell
>Laura Older Rockmore
>Alan Lescht & Associates
>1825 K Street NW, Suite 750
>Washington, DC 20006
>
>*Counsel for Plaintiff, Steven Slaughter*

>       */s/ Michael J. Marinello*
>Michael J. Marinello