UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN SLAUGHTER, | * |
|    *Plaintiff,* | * |
| v. | *    Civil Action No. 1:23-cv-02703-JEB |
| CATHOLIC UNIVERSITY OF AMERICA, | * |
| | * |
|    *Defendant.* | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT CATHOLIC UNIVERSITY OF AMERICA'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and LCvR 7, Defendant, Catholic University of America, by and through its undersigned attorneys, respectfully submits this Motion to Dismiss in response to the Complaint filed by Plaintiff Steven Slaughter. As further set forth in the accompanying Memorandum of Points and Authorities, the Court should dismiss the Complaint with prejudice for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

Respectfully submitted,

Dated: September 22, 2023

       */s/ Michael J. Marinello*
Michael J. Marinello (D.C. Bar No. 1008933)
marinello@kaganstern.com
Veronica J. Mina (D.C. Bar No. 90010619)
mina@kaganstern.com
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
(410) 216-7900 (Phone)

*Counsel for Defendant, Catholic University of America*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, I filed the foregoing using the Clerk's CM/ECF system, which will provide notice to all counsel of record.

                                           */s/ Michael J. Marinello*
                                     Michael J. Marinello (D.C. Bar No. 1008933)