UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN SLAUGHTER,<br><br>     Plaintiff,<br><br>v.<br><br>CATHOLIC UNIVERSITY OF AMERICA,<br><br>     Defendant, | Civil Action No. 23-2703 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's [4] Motion to Dismiss is GRANTED;

2. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE; and

3. Plaintiff shall file any Amended Complaint by December 15, 2023.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: November 15, 2023

1