**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

STEVEN SLAUGHTER,                        *

    *Plaintiff,*                           *

v.                                       *       **Civil Action No. 1:23-cv-02703-JEB**

CATHOLIC UNIVERSITY OF                   *
AMERICA,
                                         *
    *Defendant.*
                                         *

   *    *    *    *    *    *    *    *    *    *

**<u>ORDER</u>**

Upon consideration of Defendant Catholic University of America's Consent Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint, it is, by the United States District Court for the District of Columbia, hereby

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that Defendant Catholic University of America's deadline to file a responsive pleading to the First Amended Complaint is extended to January 12, 2024.

Entered this_____ day of_____, 202__.

_____
James E. Boasberg
United States District Judge

**NAMES OF PERSONS TO BE SERVED (LCvR 7(k))**:

Alan Lescht
ALAN LESCHT & ASSOCIATES, P.C.
1825 K Street, NW, Suite 750
Washington, DC 20006
alan.lescht@leschtlaw.com

Michael J. Marinello
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, MD 21401
marinello@kaganstern.com

Veronica J. Mina
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, MD 21401
mina@kaganstern.com