**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **STEVEN SLAUGHTER,** | * | |
| *Plaintiff,* | * | |
| **v.** | * | **Civil Action No. 1:23-cv-02703-JEB** |
| **CATHOLIC UNIVERSITY OF AMERICA,** | * | |
| | * | |
| *Defendant.* | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## <u>ORDER</u>

HAVING CONSIDERED Defendant, Catholic University of America's, Consent Motion for Extension of Time, it is this _____ day of _____, 2024, hereby;

ORDERED, that Defendant's Motion is GRANTED; and further

ORDERED, that Defendant will have until April 19, 2024 to file a responsive pleading to Plaintiff's Second Amended Complaint.

_____
The Honorable James E. Boasberg
Chief Judge
United States District Court for the District of Columbia