IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **STEVEN SLAUGHTER,** | * | |
| *Plaintiff,* | * | |
| v. | * | Civil Action No. 1:23-cv-02703-JEB |
| **CATHOLIC UNIVERSITY OF AMERICA,** | * | |
| | * | |
| *Defendant.* | * | |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Defendant Catholic University of America's Motion for Admission *Pro Hac Vice* of Meagan C. Borgerson, Esq., it is this \_\_\_\_ day of _____, 2024, hereby

**ORDERED**, that the Motion for Admission *Pro Hac Vice* is **GRANTED**; and it is further

**ORDERED**, that

> Meagan C. Borgerson, Esquire
> KAGAN STERN MARINELLO & BEARD, LLC
> 238 West Street
> Annapolis, Maryland 21401
> borgerson@kaganstern.com

is admitted specially for the limited purpose of appearing and participating in this case as co-counsel for Defendant Catholic University of America; and it is further

**ORDERED**, that the presences of the D.C. attorneys Michael J. Marinello and Veronica J. Mina in this matter are not waived.

_____
The Honorable James E. Boasberg
Chief Judge
United States District Court for the District of Columbia