UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN SLAUGHTER, | * | |
| *Plaintiff,* | * | |
| v. | * | Civil Action No. 1:23-cv-02703-JEB |
| CATHOLIC UNIVERSITY OF AMERICA, | * | |
| | * | |
| *Defendant.* | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**DEFENDANT CATHOLIC UNIVERSITY OF AMERICA'S<br>RULE 26(a)(1) INITIAL DISCLOSURES**</u>

Catholic University of America ("CUA"), by and through its undersigned attorneys, hereby provides the following initial disclosures pursuant to Rule 26(a)(1)(A) based on all information reasonably available to CUA as of the date of these disclosures:

**I.      <u>Rule 26(a)(1)(A)(i)</u>**

1. Kirk McLean
   Associate Vice President for Public Safety & Emergency Management
   262 Leahy Hall
   620 Michigan Avenue, N.E.
   Washington, D.C. 20064
   202-319-6064

The subjects of discoverable information available from Mr. McLean include the overall organization and operations of CUA's Department of Public Safety, general policies and procedures, Plaintiff's employment and performance with CUA, the lack of any complaint by Plaintiff of working unpaid overtime, and facts/defenses asserted by CUA in its pleadings.

2. Kim Gregory
   Associate Director of the Department of Public Safety
   262 Leahy Hall
   620 Michigan Avenue, N.E.
   Washington, D.C. 20064
   202-319-6064

The subjects of discoverable information available from Ms. Kim include the overall organization and operations of CUA's Department of Public Safety, general policies and procedures, management of Department of Public Safety patrol operations, investigations, and administration, the Collective Bargaining Agreement, time and overtime reporting procedures, meal breaks and procedures for reporting meal break interruptions, Plaintiff's employment and performance with CUA, Plaintiff's knowledge of and experience with time overtime reporting procedures, Plaintiff's role as a Union Shop Steward, CUA workweeks, shift officer scheduling, the lack of any complaint by Plaintiff of working unpaid overtime, and facts/defenses asserted by CUA in its pleadings.

3. Dorothy Swinson
   Administrative Assistant, Department of Public Safety
   262 Leahy Hall
   620 Michigan Avenue, N.E.
   Washington, D.C. 20064
   202-319-6064

The subjects of discoverable information available from Ms. Swinson include the Department of Public Safety's time and payroll reporting policies and procedures, time and payroll records and record keeping, time and overtime reporting procedures, Plaintiff's employment with CUA, Plaintiff's knowledge of and experience with time overtime reporting, Plaintiff's role as a Union Shop Steward, CUA workweeks, shift officer scheduling, the lack of any complaint by Plaintiff of working unpaid overtime, and facts/defenses asserted by CUA in its pleadings.

4. Antonio Coley
   Shift Supervisor, Department of Public Safety
   262 Leahy Hall
   620 Michigan Avenue, N.E.
   Washington, D.C. 20064
   202-319-6064

The subjects of discoverable information available from Mr. Coley include the Department of Public Safety's patrol operations, time and overtime reporting procedures, Plaintiff's employment and performance with CUA, Plaintiff's knowledge of and experience with time overtime reporting, Plaintiff's role as a Union Shop Steward, CUA workweeks, shift officer scheduling, the lack of any complaint by Plaintiff of working unpaid overtime, Plaintiff's application and/or interest in re-applying for employment as a CUA special police officer in 2023, and facts/defenses asserted by CUA in its pleadings.

5.   Steven Slaughter

The subjects of discoverable information available from Mr. Slaughter are known to him and include his employment with CUA, Department of Public Safety patrol operations, the Collective Bargaining Agreement and his role as Union Shop Steward, meal breaks and procedures for reporting meal break interruptions, time and overtime reporting procedures, his knowledge of and experience with time and overtime reporting, the allegations in the Complaint, the First Amended Complaint and the Second Amended Complaint, the allegations in his affidavit(s) and discovery responses, and the facts/defenses set forth in CUA's pleadings.

**II.   Rule 26(a)(1)(A)(ii)**

CUA is producing copies of all documents known to CUA at this time in its possession, custody, or control which CUA may use to refute Plaintiff's claims and support CUA's defenses, unless the use would be solely for impeachment.

**III.   Rule 26(a)(1)(A)(iii)**

CUA is not asserting any claims for damages at this time.

**IV.   Rule 26(a)(1)(A)(iv)**

CUA is not aware at this time of any insurance agreement under which an insurance business may be liable to satisfy all or part of any possible judgment in this action or to indemnify or reimburse for payments made to satisfy any such judgment.

## V.     Additional Statements

CUA reserves the right to and will supplement these initial disclosures as necessary and appropriate.

Respectfully submitted,

Dated: July 15, 2024

        */s/ Michael J. Marinello*
Michael J. Marinello (D.C. Bar No. 1008933)
marinello@kaganstern.com
Meagan C. Borgerson (*pro hac vice*)
borgerson@kaganstern.com
Veronica J. Mina (D.C. Bar No. 90010619)
mina@kaganstern.com

KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
Phone: (410) 216-7900

*Counsel for Defendant, The Catholic University of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2024, I filed the foregoing using the Clerk's CM/ECF system, which will provide notice to all counsel of record.

                                                */s/ Veronica J. Mina*
                                       Veronica J. Mina (D.C. Bar No. 90010619)