**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**STEVEN SLAUGHTER,** *

***Plaintiff,*** *

**v.** * **Civil Action No. 1:23-cv-02703-JEB**

**CATHOLIC UNIVERSITY OF AMERICA,** *

*

***Defendant.***

*

* * * * * * * * * * *

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, Steven Slaughter, and Defendant, The Catholic University of America, stipulate that:

1. Plaintiff's complaint against Defendant, as amended, and all claims therein, are hereby dismissed with prejudice.

2. Each party shall bear its own costs and attorney's fees.

Date: September 27, 2024

Respectfully submitted,

/s/ *N. Campbell*
Nekeisha Campbell (D.C. Bar No. 1754385)
Nekeisha.Campbell@leschtlaw.com
Katherine Lease (D.C. Bar No. 1722844)
Katherine.Lease@leschtlaw.com
Ari M. Wilkenfeld (D.C. Bar No. 461063)
Ari.Wilkenfeld@leschtlaw.com

ALAN LESCHT & ASSOCIATES, P.C.
1825 K Street NW, Suite 750
Washington, D.C. 20006
Phone: (202) 463-6036
Fax: (202) 463-6037

*Counsel for Plaintiff, Steven Slaughter*

*/s/ Michael J. Marinello*
Michael J. Marinello (D.C. Bar No. 1008933)
marinello@kaganstern.com
Meagan C. Borgerson (*pro hac vice*)
borgerson@kaganstern.com
Veronica J. Mina (D.C. Bar No. 90010619)
mina@kaganstern.com

KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
Phone: (410) 216-7900
Fax: (410) 705-0836

*Counsel for Defendant, The Catholic University of America*